## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____ Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____
_____

Appearance for (party/designation):_____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(  ) Correct
(  ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(  ) Correct
(  ) Incorrect.  The following parties do not wish to participate in this appeal:
     Parties: _____
(  ) Incorrect.  Please change the following parties' designations:
     <u>Party</u>               <u>Correct Designation</u>


**Contact Information** for Lead Counsel/Pro Se Party is:
(  ) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address:_____
Telephone:_____ Fax:_____
Email: _____

## RELATED CASES

(  ) This case has not been before this Court previously.
(  ) This case has been before this Court previously.  The short title, docket number, and citation are: _____
_____

(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____
_____
_____

## CERTIFICATION

I certify that (    ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (    ) I applied for admission on _____or renewal on
_____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record:_____
Type or Print Name:_____
      OR
Signature of pro se litigant:_____
Type or Print Name:_____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.