**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 01, 2013
Docket #: 13-2784cv
Short Title: Chevron Corporation v. Donziger

DC Docket #: 12-mc-65
DC Court: NDNY (ALBANY)
DC Judge: Kaplan
Hummel

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8573.