NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Chevron v. Donziger, et al.　　Docket No.: 13-2784

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Nathan Cardozo

Firm: Electronic Frontier Foundation

Address: 815 Eddy Street, San Francisco, CA 94109

Telephone: (415) 436-9333　　Fax: (415) 436-9993

E-mail: nate@eff.org

Appearance for: John Does 1-4, Non-Party Movants-Appellants
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Mitchell L. Stoltz/Electronic Frontier Foundation )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of : _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on N/A　　OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Nathan Cardozo

Type or Print Name: Nathan Cardozo